FILED
CLERK, U.S. DISTRICT COURT
3/15/21
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

Received 3/15/2021 (Date)
Scanned at CMC and E-mailed on 3/15/21 by [initials]
Number of pages scanned: ~~7~~ 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAMES WHITE

PRISONER/PLAINTIFF,

v.

JOSIE GASTELO WARDEN   DEFENDANT(S).

CASE NUMBER
**CV21-2351-GW(DFM)**

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT

I, JAMES WHITE, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison?  ☐Yes   ☐No
   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   b. State the place of your incarceration CALIFORNIA MEN'S COLONY
      Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months. No

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?     ☐Yes   ☒No
   b. Rent payments, interest or dividends?                ☐Yes   ☒No
   c. Pensions, annuities or life insurance payments?      ☐Yes   ☒No
   d. Gifts or inheritances?                               ☐Yes   ☒No
   e. Any other income (other than listed above)?          ☐Yes   ☒No
   f. Loans?                                               ☐Yes   ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☑ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? __2007__
   Approximately how much income did your last tax return reflect? __Don't Remember__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__CALIFORNIA__          __SAN LUIS OBISPO__
    State                  County (or City)

I, __JAMES WHITE__, declare under penalty of perjury that the foregoing is true and correct.

_____          _James White_____
       Date                       Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statute to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

*/s/ James White*
_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____          _____
Date                              Authorized Officer of Institution (Signature)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

JAMES WHITE STATES:

1) I JAMES WHITE, AM THE PETITIONER IN THE ABOVE-ENTITLED CASE/ACTION. I MAKE THIS DECLARATION IN SUPPORT OF MY APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. 1915 IN SUPPORT OF MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES OR COSTS OR GIVE SECURITY THEREFORE, I STATE THAT BECAUSE OF MY PROVERTY I AM UNABLE TO PAY THE COST OF SAID PROCEEDING OR TO GIVE SECURITY THEREFOR; THAT I BELIEVE I AM ENTITLED TO REDRESS.

2) I AM INCARCERATED IN THE CALIFORNIA MEN'S COLONY STATE PRISON CORRECTIONAL FACILITY.

3) I HAVE BEEN PLACED IN VOC SMALL ENGINE REPAIR NO PAYMENT.

4) I HAVE NOT RECEIVED ANY MONEY FROM FAMILY MEMBERS OVER THE LAST 14 YRS OF INCARCERATION.

5) I HAVE NO OTHER SOURCE OF INCOME AND DO NOT OWN ANY CASH, BANK ACCOUNTS, REAL ESTATE, STOCKS, BONDS, NOTES, AUTOMOBILES OR OTHER VALUABLE PROPERTY.

PURSUANT TO 28 USC 1746, I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE:

Position#: V07.001.019 LOCATION: Z-22L
HIRE DATE: 6/25/2020
VOC SMALL ENGINE REPAIR
AI-5074 WHITE, JAMES
HRS: 0815-1115/1145-1445 RDO: S SU H
Housing: A-01-169U

OFFICIAL

JAMES WHITE
James White AI5074
CALIFORNIA MENS COLONY
P.O. BOX 8101
San Luis Obispo CA 93409