| Date\Time: 6/3/2021 9:48:21 AM | | CDCR | Verified: _____ |
|---|---|---|---|
| Institution: CMC | | Inmate Statement Report | |
| **Start Date:** | 12/1/2020 | **Revalidation Cycle:** | All |
| **End Date:** | 6/3/2021 | **Housing Unit:** | All |
| **Inmate/Group#:** | AI5074 | | |

CV21-02351 GW (DFM)

```
            FILED
   CLERK, U.S. DISTRICT COURT

         JUN - 7 2021

   CENTRAL DISTRICT OF CALIFORNIA
   BY                     DEPUTY
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 06/03/2021
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  M. Riconere

001
average
monthly deposit _____  0.00

001
average
monthly balance _____  0.00

Date\Time: 6/3/2021 9:48:21 AM
Institution: CMC

# CDCR
## Inmate Statement Report

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AI5074 | WHITE, JAMES | CMC | C 006 3 | 333001 |

**Current Available Balance:** $0.00

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 06/03/2021
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | 1:12-CV-00917BAM | $350.00 | $0.00 | $305.15 |
| PLRA | APPEAL1: 12CV00917BAM | $505.00 | $0.00 | $489.87 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | MF45727 | Active | $10,000.00 | $0.00 | $0.00 | $10,000.00 |
| DIRECT ORDER | MF45727 | Active | $7,875.00 | $0.00 | $0.00 | $7,382.46 |

2




CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Mr. J White
CDCR #: AI 5074   Cell #: C6333

STATE PRISON GENERATED MAIL
ACCOUNTING

Legal mail

United States District Court
Central District of California
Office of the Clerk
Attn: Deputy Clerk Nancy Bochme
255 East Temple Street Room 180
Los Angeles CA 90012

2 of 2

Legal mail