# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  CV 21-02351-GW (DFM) | Date:  December 29, 2021 |
| Title  James White v. Josie Gastelo et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

    Plaintiff's civil rights complaint against nine defendants raises claims related to the confiscation of a telephone charger. See Dkt. 1. On August 11, 2021, the Court dismissed Plaintiff's complaint with leave to amend. See Dkt. 10. On August 30, the Court received Plaintiff's "Notice Motion for 90 Day Extension of Time." Dkt. 11. Plaintiff received a 45 extension of time to respond to the Court's order. See Dkt. 12. In his other pending civil rights case, Plaintiff filed a First Amended Complaint on November 10, 2021. See Case No. 21-4066 (C.D. Cal.), Dkt. 8. Plaintiff has not filed an amended complaint in this case, however, nor sought a further extension of time to do so. This represents a failure to prosecute.

    Accordingly, within twenty-eight (28) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file his First Amended Complaint, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) file his First Amended Complaint. **Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure as evidence of lack of prosecution as well as a further violation of a Court order justifying dismissal.**