UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 21-02351-GW (DFM) | Date: | May 31, 2023 |
|---|---|---|---|
| Title | James White v. Josie Gastelo et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiff's Third Amended Complaint (Dkt. 32)

On January 25, 2023, the Court issued a Report and Recommendation that Plaintiff's Second Amended Complaint be dismissed with leave to file a Third Amended Complaint ("TAC") limited to his excessive force claim(s) against Defendant Cortez. See Dkt. 27. On May 17, 2023, Judge Wu issued an Order accepting the Court's Report and Recommendation. See Dkt. 33.

In the interim, Plaintiff filed a TAC. See Dkt. 32. This TAC, however, fails to comply with Judge Wu's Order, as it continues to name several other Defendants and assert claims that have been dismissed without leave to amend. See, e.g., id. at 11-12. Under Rule 12(f) of the Federal Rules of Civil Procedure, the Court may sua sponte strike material that is redundant, immaterial, impertinent, or scandalous. See Fed. R. Civ. P. 12(f)(1). Here, because Plaintiff's TAC fails to comply with Judge Wu's Order, it is not properly before the Court.

Accordingly, the Court hereby STRIKES this document from the docket. Plaintiff is directed to file a TAC limited to his excessive force claim(s) against Defendant Cortez within twenty-eight (28) days of the date of this order.