PEDRO WHITE SR.
C.H.C.F. / PWC-A-203
P.O. BOX 213040
STOCKTON, CALIF. 95213
CDCR. NO. AI5074
IN PROPRIA PERSONA;


FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO WHITE SR., <br> PLAINTIFF, <br> V. <br> JOSIE GASTELO et al <br> RESPONANT, | CASE NO. 2;21-CV-02351-GW-DFM <br> PLAINTIFF'S THIRD AMENDED COMPLAINT, LIMITED TO EXCESSIVE FORCE AND RETALIATION CLAIMS AGAINST DEFENDANT C/O CORTEZ), IN COMPLIANCE TO ( FED.R.Civ.P.8(a)(2),AND RULE 8 FED.R.Civ. P.8 (a)(3).). |

TO; HONORABLE PRESIDING JUDGE(S), IN THE ABOVE COURT:

PLAINTIFF, PEDRO WHITE SR., CDCR.NO.AI5074, Hereby submits the above, ( The Third Amended Complaint Limited To Excessive Force and Retaliation Claims Against Defedant C/O CORTEZ, In compliance to (FED.R. Civ. P. 8 (a)(2), And Rule 8 FED.R.Civ.P. 8 (a)(3)).

Plaintiff, Will make efforts to the best of his abilities to address each Allegations in a simple concise and direct manner, In order to be able to seek Relief.

Plaintiff, Contends that C/O Cortez, acted upon C/O Urias directions when they conducting a Targeted cell search, based on Retaliation. C/O Cortez, proceeded to take matter's into an Unnecessary level by Handcuffing me an unnecessary tight manner, Then placed me in a Holding Cage in the program office .

Plaintiff, Respectfully asked C/O Cortez if She would remove or loosen the Handcuff's , being that I was Locked in a Holding cage, and did'nt pose a threat. She refused. I asked her once again and advised Her that the cuff's were extremely tight and that they were cutting into my skin and cutting off my circulation. C/O Cortez had ignored me.

(1)

PEDRO WHITE SR.
CDCR.NO. AI5074

I, asked Her once again since I was locked in a cage in the, Facility Program Office and never posed a threat or anykind of Resistance, especially after the fact the Handcuff's were effecting My nerves. (Note; I still have Chronic Continues Pain and discomfort, in My Right Shoulder and Wrist's).

Plaintiff, Contends that C/O Cortez, just looked at me with a very "Disrespectful Demeaner" and laughed at me, then walked away, " STATING RACIAL SLURS AT Me, SHE STATED THAT"S TUFF YOU STUPID NIGGER", THATS WHAT YOU GET FOR FILING 602 'S ADMINISTRATIVE APPEALS AND STAFF COMPLAINTS AND MISCONDUCT AGAINST US"). Then purposely left Me there for over (2) Hours Plus Handcuffed extremely tight.

Plaintiff, Contends that this was in Violation Pursant to (P.C 13510.8(a)(1)(2),(B)(1)(2)(5)(9) (Serious Misconduct)(SB 586/ SB2), P.C. 13510.9 (a)(2). This was Also Racial Discrimination, Sadistic Misconduct and Retaliation, for filing a Complaint for (" EXCESSIVE FORCE AND RACIAL MISCONDUCT".). The Fact that CDCR./ CMC C/O Staff's does not like " BLACK INMATES", Especially when C/O Cortez walked away making those Racial Slurs and purposely leavIng me Handcuffed for over (2) Hours Plus was Humillating and very unprofessional.

This was in violation of "42 USC § 1981 RACIAL DISCRIMINATION, MISCONDUCT"). See; Johnson V. California ;543 US at 506-507, 509;), Lee V. Washington, 309 US 333:an Serrano V. Francis,345 F.3d 1171, 1082-83 (9thcir.2003).

Plaintiff, Hereby declares the above a "Notice of Liabilty for Retaliatory Actions Against Prisoners bringing Lawsuits for filing Grievance Against State Employes"). See; CDCR.TITLE 15, CCR § 3160, Pursuant to "RETALIATION", Also CDCR. TITLE 15,§ 3084,1 (d), Pursuant TO "NO REPRISAL").

(2)

PEDRO WHITE SR.
CDCR. NO. AI5074

Plaintiff, Contends that, Prisoner Excercising Their Constitutional rights c an not be infracted, retaliated or placed in Administrative Segregation, or be Transferred for doing so, The Couts has held that any acts against an Inmate / Prisoner, giving the appearance of Retaliation may Infer Retaliation and would held the State employee, or any Official Liable for damages Injunctive Relief.

Therefore; This Notice is an Advisory against the Threats to Retaliation, or the threat to retaliate against, The Inmate who is Pursuing a Protective Practice under STATE and U.S. CONSTITUTION.

Plaintiff, Contends that theses issues have been addressed in Various Administrative Appeals but CDCR. / CMC Staff have failed to conduct or Acknowledge a fair and valid process in compliance to their Standards and Procedues, Therefore depriving and Violating Inmates Due Process Rights and Clause, Also Constitituional Rights. Note; exhibits A-1- A-11) and ( Exh.A-5-A-6) (Log No.6949965).

Note; Below a list of 602's Appeals that were filed regarding all the same above issues.

1). CMC-20-00149
2). CMC-20-00435
3). CMC-20-00944
4). CMC-20-01023
5). CMC-20-01110

Plaintiff, Contends that He's tried to Comply to the court's, Order pursuant to (FED.R.Civ.P.8(a)(2)) To note each Allegation as simple, Concise and direct, to the best of my ability.

Plaintiff, tried to keep this simple pursuant to court's order but there are complexed issues that had to be thoroughly addressed, due to facts that CDCR./CMC Staff tried to deprive and coverup Inmates rights .

(3)

PEDRO WHITE SR.
CDCR. NO. AI5074

Plaintiff, respectfully Prays Upon the Court for Relief, and that the above Honorable Judge(s) in the above Court, To hereby Grant the the "EXCESSIVE FORCE CLAIM","RETALIATION " AND "RACIAL DISCRIMINATION CLAIMS SINCE ALL WERE PART OF THIS ENTIRE Process, and that I was a Victim of all the above.

Plaintiff, asked the above court for their time. cooperation and Condieration in all the above.

I, DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Dated; 8-30-23          RESPECTFULLY SUBMITTED:

*[signature]* AI5074
PEDRO WHITE SR. # AI5074 / PWC-A-203

(4)

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __PEDRO WHITE SR. # AI5074   Case No. 2:21-cv-02351-GW-DFM__, declare:

I am over 18 years of age and a party to this action. I am a resident of __C.H.C.F.__
__CALIFORNIA HEALTH CARE FACILITY_____Prison,
in the county of _____ __SACRAMENTO__ _____,

State of California. My prison address is: __PWC-A-203 / P.O. BOX 213040_____,
_____ __STOCKTON , CALIF. 95213_____.

On_____ __AUGUST 30, 2023_____.
(DATE)

I served the attached: __Plaintiff's Third Amended Complaint Limited to Excessive Force__
__and Retaliation Claims Against Defendant C/O Cortez In Compliance to (FED.R.Civ.__
__P.8 (a)(2).and Rule 8 ) ( FED.R.Civ.P.8 (a)(3)).__
(DESCRIBE DOCUMENT)
on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE COURT CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CAIIF. 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __AUG.30, 2023__                    _Pedro White Sr_
(DATE)                                           (DECLARANT'S SIGNATURE)

-9-

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF THE OMBUDSMAN**
1515 S Street, Sacramento, CA 95811
P.O. Box 942883
Sacramento, CA 94283-0001

April 28, 2021

J. White, AI5074
CMC, A1-1169
P.O. Box 8101
San Luis Obispo, CA 93409

Subject: **RECEIPT OF CORRESPONDENCE, (CASE NUMBER 55129)**

Your letter dated 3/16/2021 to the Office of the Ombudsman has been received. Due to the high volume of inquiries received, the Ombudsman cannot intervene in all individual cases. However, please note that the Office monitors all correspondence to identify systemic issues, which is a critical element of the Ombudsman's role as a liaison between institutions and Headquarters, and as a policy advisor for the Administration.

☒ Your recent letter to the Office of the Ombudsman was received and based on a review of your letter and of the appropriate policies and procedures relevant to your concerns, the Ombudsman has determined that: Our Office does not conduct 'investigations'. The Office of Appeals is experiencing an extreme backlog. If you do not receive a timely response to your Third Level Appeal(s), you can consider your administrative remedies to be exhausted and can move forward with the Courts if you so choose. A lack of response from Third Level Appeals does not prevent you from seeking resolve from outside agencies.

A review the Third Level appeals, resulted in the below information regarding seven of the *many* appeal log numbers you provided in your letter. You are encouraged to write to the Office of Appeals for any further status updates or responses to any other appeal log numbers. Our Office does not process appeals.

CMC-19-03462 was closed by the Office of Legal Affairs on 4/30/2020. Administrative remedies exhausted.
CMC-20-00149 was denied at Second Level on 12/3/2020. Never logged as received into Third Level.
CMC-20-00435 was cancelled at the Second Level on 3/10/2020. Never logged as received into Third Level.
CMC-20-00746 was denied at the Second Level on 4/8/2020. Never logged as received into Third Level.
CMC-20-00944 was accepted at Third Level, had a due date of 8/26/2020, but has yet to be closed. Administrative remedies exhausted.
CMC-20-01023 was accepted at Third Level. Closed on 8/12/2020. Revert to Second Level response. No Third Level review. Administrative remedies exhausted.

Page 2, White, case # 55129

CMC-20-01110 was accepted at Third Level, had a due date of 9/14/2020, but has yet to be closed. Administrative remedies exhausted.

☐ A review of the information you provided indicates that you have not exhausted your administrative remedies to resolve your issue and/or staff complaint. In accordance with CCR, Title 15 § 3481, a claimant has the ability to submit a written grievance containing one or more claims, subject to the requirements in section 3482, to dispute a policy, decision, action, condition, or omission by the Department or departmental staff that causes some measurable harm to their health, safety, or welfare. Please file a grievance to resolve this matter. If you would like to send a copy, this Office can monitor your grievance for a timely and accurate response. Please note: this Office does not process grievances, nor does contacting this Office extend your timeframe for filing a grievance.

☐ An inquiry relative to your issue has been forwarded to the appropriate staff for review.

☐ No review will be conducted. This issue is outside of the scope of this Office.

Thank you for contacting the Office of the Ombudsman.

P. Shollberg
Office of the Ombudsman



California Health Care Facility
Name: Tedro White Sr
CDCR # A15674
Facility: CHCF-Stockton Bldg.: PWC
Cell: 203U
P.O. Box: 213040
Stockton, CA 95213

INMATE MAIL

Legal Mail

United States District Court
Central District of California
255 East Temple Street Room 180
Los Angeles CA 90012

90012-333432

c/o

[signature]

6159

9-5-23