# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PEDRO JAMES WHITE,<br><br>Plaintiff,<br><br>v.<br><br>JOSIE GASTELO et al.,<br><br>Defendants. | Case No. CV 21-02351-GW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is DENIED.

Date: August 18, 2025

_____
GEORGE H. WU
United States District Judge