UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-2351-GW-DFM | Date | February 26, 2026 |
|---|---|---|---|
| Title | *Pedro James White v. Josie Gastelo, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | S. Gray Gilmore, by telephone |

**PROCEEDINGS:**     STATUS CONFERENCE

*Pro se* Plaintiff Pedro James White, Sr. and Cooper Alison-Mayne, counsel are also present by telephone.

Court confers with the parties. For reasons stated on the record, Plaintiff's Request for Appointment of Counsel [90] is GRANTED. The Court appoints Cooper Alison-Mayne as counsel of record for Mr. White. Mr. Alison-Mayne can be reached at: 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367; Tel. No. 818-347-3333; email address: cmayne@galipolaw.com.

The Court sets a scheduling conference for March 19, 2026 at 8:30 a.m. The parties are to file a joint proposed schedule report by noon on March 16, 2026.

|   |   | : | 03 |
|---|---|---|---|
|   | Initials of Preparer | JG |   |