**LAW OFFICES OF DALE K. GALIPO**
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorney for Plaintiff*

ROB BONTA
Attorney General of California
CHRISTOPHER H. FINDLEY
Supervising Deputy Attorney General
S. GRAY GILMOR
Deputy Attorney General
State Bar No. 344232
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 873-8830
 Fax: (916) 732-7920
 E-mail: Gray.Gilmor@doj.ca.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JAMES WHITE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSIE GASTELO, et al.,<br><br>　　　　　Defendants. | Case No.: 21-cv-02351-GW<br>District Judge George Wu<br><br>**JOINT STATUS REPORT**<br><br>Date:　March 19, 2026<br>Time:　8:30 a.m.<br>Crtrm: Telephonic |

1

# STATUS REPORT

Pursuant to the Court's Order of February 26, 2026 (Dkt. 92), the parties respectfully submit the following joint proposed schedule report in advance of the March 19, 2026 scheduling conference.

- *Status of the Case.* Defendant's motion for summary judgment was denied on August 18, 2025 (Dkt. 77). On February 26, 2026, the Court appointed Cooper Alison-Mayne as counsel of record for Plaintiff. The remaining claims for trial are Plaintiff's First Amendment retaliation claim and Eighth Amendment excessive force claim against Defendant Reyes-Cortez.
- *Proposed Trial Date.* The parties propose a trial date of August 3, 2026.
- *Estimated Length of Trial.* Plaintiff's counsel has not yet received the full record of evidence in this case. However, based on counsel's conversations with Mr. White and a review of the Magistrate Judge's Report and Recommendation (Dkt. 76), Plaintiff estimates that a 2–3 day jury trial would be sufficient. Defendant agrees that 2–3 days would be appropriate.
- *Consent to Magistrate Judge Trial.* The parties discussed whether to consent to trial before the assigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). The parties were unable to reach agreement on this issue.
- *Mediation.* The parties were unable to reach a settlement at the January 21, 2026 mediation before Magistrate Judge McCormick. However, considering the recent appointment of pro bono counsel, the parties believe a brief settlement conference could be productive and respectfully request that the Court consider whether a Magistrate Judge would be available to conduct a three-hour settlement conference in advance of trial.

Dated: March 16, 2026  **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Cooper Alison-Mayne*
Cooper Alison-Mayne[1]
*Attorney for Plaintiff*

**CALIFORNIA DEPARTMENT OF JUSTICE**

Dated: March 16, 2026

By: /s/ *S. Gray Gilmor*
S. Gray Gilmor
*Attorney for Defendant*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.