UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-2351-GW-DFM | Date | March 18, 2026 |
|---|---|---|---|
| Title | *Pedro James White v. Josie Gastelo, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None Present                                                     None Present

**PROCEEDINGS:       IN CHAMBERS - SCHEDULING ORDER**

The Court has reviewed the Joint Status Report (Docket No. 93) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the March 19, 2026 scheduling conference date is taken off calendar. Plaintiff (a state prisoner) brought this action raising claims for violation of his First Amendment rights and for excessive force pursuant to 42 U.S.C. § 1983. As indicated in the Report, this matter has proceeded up to the end of discovery and hearing on a motion for summary judgment.

The Court sets the following dates (based upon the joint proposals of the parties as delineated in the Report): 1) trial on August 4, 2026 at 8:30 a.m.; 2) pre-trial conference (including hearings on any motions in limine) on July 23, 2026 at 8:30 a.m.; and 3) a post-mediation status conference on June 25, 2026 at 8:30 a.m. with mediation being conducted by June 22 and a post-mediation status report being provided by June 23. The parties are to give to the Court by March 23 a list of three magistrate judges (in order) whom they would agree to appear before for mediation. The Court will inquire as to said judges as to their availability and inform the parties.

|  | : |
|---|---|
| Initials of Preparer | JG |