**LAW OFFICES OF DALE K. GALIPO**
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorney for Plaintiff*

ROB BONTA
Attorney General of California
CHRISTOPHER H. FINDLEY
Supervising Deputy Attorney General
S. GRAY GILMOR
Deputy Attorney General
State Bar No. 344232
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 873-8830
  Fax:  (916) 732-7920
  E-mail:  Gray.Gilmor@doj.ca.gov

*Attorneys for Defendants*



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JAMES WHITE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOSIE GASTELO, et al.,<br><br>                    Defendants. | Case No.: 21-cv-02351-GW<br>District Judge George Wu<br><br><br>**JOINT STATUS REPORT**<br><br>Date:  March 19, 2026<br>Time:  8:30 a.m.<br>Crtrm: Telephonic |

1

## STATUS REPORT

Pursuant to the Court's Order (Dkt. 95), the parties jointly submit the following list of three magistrate judges, in order of preference, before whom they would agree to appear for mediation:

    1. Magistrate Judge Segal

    2. Magistrate Judge Kewalramani

    3. Magistrate Judge Richlin

The parties also respectfully inform the Court that defense counsel is unavailable from May 25 through June 17, 2026, and the parties would therefore request that the mediation be scheduled before May 25, 2026, if possible.

Dated: March 23, 2026      **LAW OFFICES OF DALE K. GALIPO**

                By:   */s/   Cooper Alison-Mayne*
                         Cooper Alison-Mayne[1]
                         *Attorney for Plaintiff*

                **CALIFORNIA DEPARTMENT OF JUSTICE**

Dated: March 23, 2026

                By:   */s/   S. Gray Gilmor*
                         S. Gray Gilmor
                         *Attorney for Defendant*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.