UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-2351-GW-DFM | Date | March 26, 2026 |
|---|---|---|---|
| Title | *Pedro James White v. Josie Gastelo, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - COURT ORDER**

As per the Court's March 18, 2026 Order (ECF No. 95) and the parties' Joint Status Report (ECF No. 96), the Court references this matter for mediation before Magistrate Judge Joel Richlin. The mediation is to be completed on or before May 19, 2026 and the post-mediation status conference is advanced to May 21, 2026 at 8:30 a.m. The parties are ordered to forthwith jointly contact Judge Richlin's court clerk to arrange the session(s) and for the Judge's pre-session requirements.

**cc: MJ AJR**

|  | : |
|---|---|
| Initials of Preparer | JG |