## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02351-GW-DFM | Date | March 27, 2026 |
|---|---|---|---|
| Title | Pedro James White v. Josie Gastelo, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**　　ORDER RE: SETTLEMENT PROCEEDINGS

1.　　This case has been assigned to Judge Richlin for settlement proceedings. (Dkt. 98.)

2.　　To efficiently prepare for a settlement conference by the deadline that the district judge ordered, Judge Richlin will hold an informal video conference with the lead attorneys for each side on **April 9, 2026, at 9:30 a.m.**　The Deputy Clerk will separately send the parties a link to access the video in advance of the meeting.

3.　　Topics for discussion will include: a review of discovery that has been completed / scheduled; what additional discovery (be it formal or informal) needs to be accomplished before a productive settlement conference; and what legal or factual barriers have prevented settlement to date.　Our preliminary discussion will be governed and protected by Federal Rule of Evidence 408.

4.　　Consistent with his posted procedures, Judge Richlin encourages law firms to give junior attorneys an opportunity to participate in settlement proceedings.　However, lead trial counsel must be present for our preliminary video conference and all subsequent discussions.

IT IS SO ORDERED.