# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02351-GW-DFM | Date | April 9, 2026 |
|---|---|---|---|
| Title | Pedro James White v. Josie Gastelo, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** ORDER SCHEDULING SETTLEMENT VIDEOCONFERENCE

On April 9, 2026, the Court held a pre-mediation videoconference to discuss potential settlement. Based on the discussion with the parties, it was confirmed that May 7, 2026, was the best date for the settlement videoconference.

Accordingly, the Court directs the parties to appear via Zoom for the settlement conference on **Thursday, May 7, 2026, beginning at 9:30a.m. PST.** The Clerk of Court will provide a link for the parties to join the videoconference. Consistent with his posted procedures, Judge Richlin encourages law firms to give junior attorneys an opportunity to participate in settlement proceedings.

### What Must Occur Before the Settlement Conference

1.	Mediation Briefs – By end of day on April 30, 2026, each party shall submit to Judge Richlin's chambers (by e-mail sent to AJR_Chambers@cacd.uscourts.gov) a mediation brief, not to exceed ten pages (but this page limit does not apply to exhibits). Do not file or lodge the mediation briefs with the Clerk's Office or electronically submit them to CM/ECF. These briefs are protected by Federal Rule of Evidence 408 and should not be filed on the public docket. The parties should copy the other side's attorney on the email to Judge Richlin's chambers because the purpose of these briefs is to share each side's view of the law and the facts with the other side. The parties may also submit a confidential addendum only to Judge Richlin if there is anything they want to share with the Court that they do not want the other side to know. Any such confidential addendum can be submitted to the same email address without copying the other side. After reviewing the mediation briefs and any confidential addendum, the Court may schedule one-on-one video calls in advance of the Settlement Conference.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02351-GW-DFM | Date | April 9, 2026 |
|---|---|---|---|
| Title | Pedro James White v. Josie Gastelo, et al. | | |

2.      At the Settlement Conference – We will begin with a group caucus to discuss the grounds rules.  After that, the Court will meet privately with counsel and the parties in separate rooms (virtually) to discuss settlement proposals.  The parties' statements made during all phases of the settlement conference (including the parties' mediation briefs) fall within the protections for compromise statements, including those contained in Federal Rule of Evidence 408 and Local Civil Rule 16-15.

3.      Conclusion of Conference – If the parties reach a resolution of the case, the Court will summarize the key terms of the agreement on the record or will direct the parties to draft an appropriate memorandum of understanding.  If no resolution is reached, the Court will consult with the parties to determine whether an additional settlement conference is likely to be productive.

By participating in the settlement conference, the parties understand and agree that Judge Richlin may continue to handle discovery motions and other pretrial proceedings in this action.

**Counsel are encouraged to review the terms of this Order and to discuss the settlement process with their clients in advance of the conference with the Court.**

**FAILURE TO COMPLY IN FULL WITH THE BASIC REQUIREMENTS SET FORTH ABOVE (INCLUDING ARRIVING LATE TO THE SESSION) MAY RESULT IN THE IMPOSITION OF SANCTIONS AND THE PAYMENT OF FEES TO THE INCONVENIENCED PARTIES.**

IT IS SO ORDERED.