## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02351-GW-DFM | Date | May 7, 2026 |
|---|---|---|---|
| Title | Pedro James White v. Josie Gastelo, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| Cooper Alison-Mayne | Samuel Gray Gilmor |
| Pedro James White (Plaintiff) | M. Cortez (Defendant) |

**Proceedings:**        MINUTES OF SETTLEMENT CONFERENCE

On May 7, 2026, the Court held a settlement conference.  The discussion is confidential and protected by Federal Rule of Evidence 408.  The parties did not reach agreement to resolve the case.  However, the Court concluded the settlement conference by making a mediator's proposal to the parties which is open until **5:00 p.m. on May 14, 2026**.

IT IS SO ORDERED.

05:01