## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-02351-GW-DFM | Date | May 21, 2026 |
|---|---|---|---|
| Title | Pedro James White, Sr. v. Josie Gastelo, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| K. Lozada | CS 05/21/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| Cooper Alison-Mayne<br>Pedro James White, Sr. (Plaintiff) | Samuel Gray Gilmor |

**Proceedings:**       MINUTES OF SETTLEMENT CONFERENCE

On May 21, 2026, the Court held a further settlement conference in this matter by Zoom. The parties reached a settlement of the case and Plaintiff signed the agreement. The agreement is now being sent to counsel at the California Department of Corrections for signature. The parties requested that the undersigned U.S. Magistrate Judge retain jurisdiction to enforce the settlement agreement and the Court agreed to do so. The parties expressly consented to the jurisdiction of Judge Richlin to enforce the settlement agreement. Finally, the Court directed the parties to file a stipulation re dismissal no later than **June 22, 2026**.

IT IS SO ORDERED.

01:20