ROB BONTA
Attorney General of California
CHRISTOPHER H. FINDLEY
Supervising Deputy Attorney General
S. GRAY GILMOR
Deputy Attorney General
State Bar No. 344232
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 873-8830
  Facsimile:  (916) 732-7920
  E-mail: Gray.Gilmor@doj.ca.gov
*Attorneys for Defendant M. Reyes-Cortez*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PEDRO WHITE, SR.**, | Case No. 2:21-cv-02351-GW-DFM (PC) |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **JOSIE GASTELO, et al.**, | Judge: Hon. George H. Wu |
| Defendants. | |

1

Plaintiff Pedro White, Sr. and Defendant M. Reyes-Cortez, through their counsels of record, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

The parties requested that the undersigned U.S. Magistrate Judge retain jurisdiction to enforce the settlement agreement and the Court agreed to do so. The parties expressly consented to the jurisdiction of Judge Richlin to enforce the settlement agreement. *See* ECF No. 107.

It is so stipulated.

Dated:   June 17, 2026          ***/s/Cooper Alison-Mayne***
Cooper Allison-Mayne (SBN 343169)
For Plaintiff Pedro White, Sr.

Dated:   June 17, 2026          ***/s/S. Gray Gilmor***
S. Gray Gilmor
Deputy Attorney General
California Department of Justice
For Defendant M. Reyes-Cortez

LA2023306192
85770322

2

# CERTIFICATE OF SERVICE

Case Name:   **Pedro White, Sr. (AI5074) v. Josie Gastelo, et al.**        No.   **2:21-cv-02351-GW-DFM (PC)**

I hereby certify that on June 17, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 17, 2026, at San Diego, California.

|  |  |
|---|---|
| K. Ramirez | *K. Ramirez* |
| Declarant | Signature |

LA2023306192
85770373