JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PEDRO WHITE, SR.,

               Plaintiff,

   v.

JOSIE GASTELO, et al.,

               Defendants.

Case No.  CV 21-2351-GW-DFMx

**ORDER TO DISMISS WITH PREJUDICE**

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

The undersigned U.S. Magistrate Judge will retain jurisdiction to enforce the settlement agreement. The parties expressly consented to the jurisdiction of Judge Richlin to enforce the settlement agreement. See ECF No. 107.

IT IS SO ORDERED.

Dated: June 18, 2026



_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE